PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Wichita__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 5 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

__Jakob Perez #2102322__
Plaintiff's Name and ID Number

__James V. Allred Unit - TDCJ__
Place of Confinement

**718-CV-153-O**
CASE NO._____
(Clerk will assign the number)

v.

__Tim Jones, Deputy Dir of Religious Services, P.O. Box 99, Huntsville, TX 77342__
Defendant's Name and Address

__Jermy Smith, Senior Warden, 2101 FM 369 N., Iowa Park, TX 76367__
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   
   1. Approximate date of filing lawsuit: __Approx. 02/18/18__
   2. Parties to previous lawsuit:
      Plaintiff(s) __Jakob Perez # 02102332__
      Defendant(s) __Brian Collier, Norvul Arnold, Trent Peacock, Carlos Tijerna, Hristu Vasquez, Rashunda Harris et Al__
   3. Court: (If federal, name the district; if state, name the county.) __Northern District of Texas__
   4. Cause number: __5:17-cv-00294-BQ__
   5. Name of judge to whom case was assigned: __Magistrate Judge Bryant, Gordon__
   6. Disposition: (Was the case dismissed, appealed, still pending?) __Dismissed__
   7. Approximate date of disposition: __06/08/18 Approx__

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: James V. Allred Unit-TDCJ

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Jakob Perez #2102322
2101 FM 369 N
Iowa Park TX. 76367

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Tim Jones, Deputy Director of Religious Services, Texas Department of Criminal Justice, P.O. Box 99 Huntsville TX. 77342
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Refused to Handle the Grievance issue properly by failing to address the issue

Defendant #2: Jeremy Smith, Senior Warden, Preston James V. Allred Unit, Texas Department of Criminal Justice 2101 FM 369 N., Iowa Park TX. 76367
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Refuses to Allow Medium Custody Safekeeping Offenders to Attend a Religious service.

Defendant #3: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I am on Safekeeping Medium custody + on the Allred unit I am being Denied the Right to Practice + Attend a Religious service I wrote an I-60 offender Request to Official to Senior warden Jenny Smith Requesting access to Religious services for safekeeping Medium custody offenders + Access was Denied he sent the I-60 to the unit Chaplian who said medium custody cannot mix with minimum custody However Gay medium Custody on the other side of the farm are Recieving services, I Submitted a Step 2 on 08/09/18 + Defendant Jones Denied my appeal

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

an Injunction Requireing the prison to give me Religias Services.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jakob Perez, Asia Perez, "Kat"

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2102392

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied?  ____ YES ____ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: 10/1/18
DATE

Jakob Perez 2102330

(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 28th day of September, 20 18.
         (Day)              (month)            (year)

(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15



# Texas Department of Criminal Justice

## STEP 2 — OFFENDER GRIEVANCE FORM

**Offender Name:** Perez, Jakob  **TDCJ #** 2102322
**Unit:** James V. Allred  **Housing Assignment:** ▮▮▮ 3B-16T
**Unit where incident occurred:** James V. Allred

**OFFICE USE ONLY**
Grievance #: 2018162255
UGI Recd Date: AUG 14 2018
HQ Recd Date: AUG 17 2018
Date Due: 9-23-18
Grievance Code: 100
Investigator ID#: 2276
Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

The response states that the reason I am not able to attend services is because there is no Roman Catholic volunteer. My religion is NOT Roman Catholic. It was changed on record 4 months ago to the Anglican Communion (Episcopian) which shares Protestant & Catholic views. The response also only addressed Roman catholics. The Step 1 was to address the fact that Medium custody is not recieving ANY services at all regardless wether they be Cristian, Pagan, Muslim or Jewish. We are not being offered ANY service.

There justification for not granting acceses to Religious services is because medium & minimum custody cant mix. On other farms there is a separate service for medium custody altogether or place the medium custodys in the front or back of the chaple area during services. I feel like it is unfair to medium custody offences that we are not able to properly give homage to our Higher Power(s) & would like to know if I can recieve help in this matter. I have already requested meetings with wardens and chaplains alike & they are not getting answered. Thank you for your time & concern with this matter. End of statement.

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

**Offender Signature:** _Jay Per___   **Date:** 08/09/18

**Grievance Response:**

An investigation has been conducted into your complaint. At present you are in "Pre-Hearing Detention" which means no movement. No further action from this office is warranted.

Tim C. Jones
Deputy Dir of Religious Services

**Signature Authority:** _____   **Date:** 8/29/18

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened   ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened   ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened   ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)   Appendix G

Legal

Peter, Jekos #2107382
2101 FM 369 N.
Iowa Park TX. 76362

NORTH TEXAS TX P&DC
DALLAS TX 750

RECEIVED
OCT - 5 2018

U.S. District Court Northern Division of Texas
1000 Lamar St. 203,
Wichita Falls TX, 76301

76301-343153



Legal